# United States Bankruptcy Court
### District of Minnesota

In re: __Richard Burton Paul Monroe_____     Case No. _____
                            Debtor(s)                     Chapter __13__

## STATEMENT UNDER PENALTY OF PERJURY RE:
## PAYMENT ADVICES DUE PURSUANT TO 11 U.S.C. § 521(a)(1)(B)(iv)

[✓] **Debtor 1** has attached to this statement copies of all payment advices or other evidence of payment received within 60 days before the date of the filing of the petition from any employer.

[ ] **Debtor 1** has not filed copies of payment advices or other evidence of payment received within 60 days before the date of the filing of the petition from any employer because:

  [ ] Debtor 1 was not employed during the 60 days preceding the filing of the petition;

  [ ] Debtor 1 was employed for only a portion of the 60 days preceding the filing of the petition. Please specify period during which debtor was unemployed;

  [ ] Debtor 1 was self-employed during the 60 days preceding the filing of the petition;

  [ ] Debtor 1 received only unemployment, veteran's benefits, social security, disability or other retirement income during the 60 days preceding the filing of the petition; or

  [ ] Other (please explain):

I declare under penalty of perjury that I have read this Statement and it is true to the best of my knowledge, information and belief.

Signature of Debtor 1: _/s/ Richard Monroe_____  Date: _12-14-18_

*************************************************************

[ ] **Debtor 2** has attached to this statement copies of all payment advices or other evidence of payment received within 60 days before the date of the filing of the petition from any employer.

[ ] **Debtor 2** has not filed copies of payment advices or other evidence of payment received within 60 days before the date of the filing of the petition from any employer because:

  [ ] Debtor 2 was not employed during the 60 days preceding the filing of the petition;

  [ ] Debtor 2 was employed for only a portion of the 60 days preceding the filing of the petition. Please specify period during which debtor was unemployed;

  [ ] Debtor 2 was self-employed during the 60 days preceding the filing of the petition;

  [ ] Debtor 2 received only unemployment, veteran's benefits, social security, disability or other retirement income during the 60 days preceding the filing of the petition; or

  [ ] Other (please explain):

I declare under penalty of perjury that I have read this Statement and it is true to the best of my knowledge, information and belief.

Signature of Joint Debtor 2: _____  Date: _____

**\*\*\*IMPORTANT NOTE:** Please make sure all **SOCIAL SECURITY** numbers, **routing numbers** and **account numbers** are **redacted** before filing. If the income records include the year to date amounts, you are only required to

515  Richard B Monroe                                  Check date: 12/14/18        Check #:  4160
Single    1    Rate:                                   Period begin: 11/01/18      Period end: 11/30/18

| Wages | Reg Hrs | O/T Hrs | Amount | Deductions | Amount | ER Contributions | Amount |
|---|---|---|---|---|---|---|---|
| Phone Reimburse | | | 50.00 | FICA-SS | 31.00 | SIMPLE IRA | 15.00 |
| Bonus | | | 500.00 | FICA-MED | 7.25 | | |
| | | | | FIT | 97.00 | | |
| | | | | Minnesota SIT | 29.00 | | |
| | | | | SIMPLE IRA | 15.00 | | |
| | | | | Advance | 179.61 | | |
| Totals | | | 500.00 | | 358.86 | | 15.00 |

| Accruable benefits | Used | Available | Direct deposit detail | | Net Check | 0.00 |
|---|---|---|---|---|---|---|
| | | | TCF | 191.14 | Direct Deposit | 191.14 |
| | | | | | Total Pay | 191.14 |

### Year to Date

Single    1    Rate:

| Wages | Reg Hrs | O/T Hrs | Amount | Deductions | Amount | ER Contributions | Amount |
|---|---|---|---|---|---|---|---|
| Salaried Wages | 1,993.33 | | 46,000.00 | FICA-SS | 7,217.80 | SIMPLE IRA | 3531.57 |
| Revenue Comm | | | 60,879.00 | FICA-MED | 1,688.03 | | 1641.96 |
| Sales Comm | | | 9,790.00 | FIT | 14,947.00 | | |
| Mileage Reimbursem | | | 444.05 | Minnesota SIT | 6,597.00 | | |
| Phone Reimburse | | | 600.00 | SIMPLE IRA | 3,531.57 | | |
| Bonus | | | 1,050.00 | Advance | 235.25 | | |
| LT Disability | | | 339.13 | | 1,641.96 | | |
| Totals | 1,993.33 | | 117,719.00 | | 35,858.61 | | 5173.53 |



————— REMOVE DOCUMENT ALONG THIS PERFORATION —————

CSI Accounting & Payroll Inc
4915 West 35th Street #203
Minneapolis, MN 55416

Check date: 12/14/18                                                      4160

Pay to the order of:  Richard B Monroe                    $ *************0.00

**Zero and 00/100******************************************************

Richard B Monroe
368 Wilderness Dr
Chaska, MN 55318

| 515 | Richard B Monroe | | | Check date: 10/05/18 | | Check #: 4007 | |
|---|---|---|---|---|---|---|---|
| Single | 1 | Rate: 2000.00 | | | | Period end: 09/30/18 | |
| **Wages** | **Reg Hrs** | **O/T Hrs** | **Amount** | **Deductions** | **Amount** | **ER Contributions** | **Amount** |
| Salaried Wages | 86.67 | | 2,000.00 | FICA-SS | 119.54 | SIMPLE IRA | 60.00 |
| | | | | FICA-MED | 27.96 | HSA - ER Contribution | 71.88 |
| | | | | FIT | 374.00 | | |
| | | | | Minnesota SIT | 112.00 | | |
| | | | | SIMPLE IRA | 60.00 | | |
| | | | | HSA - Employee Co | 71.88 | | |
| **Totals** | 86.67 | | 2,000.00 | | 765.38 | | 131.88 |

| *Accruable benefits* | *Used* | *Available* | *Direct deposit detail* | | | Net Check | 0.00 |
|---|---|---|---|---|---|---|---|
| | | | TCF | | 1,234.62 | Direct Deposit | 1,234.62 |
| | | | | | | Total Pay | 1,234.62 |

### Year to Date

| Single | 1 | Rate: 2000.00 | | | | | |
|---|---|---|---|---|---|---|---|
| **Wages** | **Reg Hrs** | **O/T Hrs** | **Amount** | **Deductions** | **Amount** | **ER Contributions** | **Amount** |
| Salaried Wages | 1,646.67 | | 38,000.00 | FICA-SS | 5,809.15 | SIMPLE IRA | 2843.19 |
| Revenue Comm | | | 47,683.00 | FICA-MED | 1,358.59 | HSA - ER Contribution | 1354.44 |
| Sales Comm | | | 9,090.00 | FIT | 10,539.00 | | |
| Mileage Reimbursem | | | 378.65 | Minnesota SIT | 5,276.00 | | |
| Phone Reimburse | | | 450.00 | SIMPLE IRA | 2,843.19 | | |
| LT Disability | | | 277.47 | HSA - Employee Co | 1,354.44 | | |
| | | | | Advance | 55.64 | | |
| **Totals** | 1,646.67 | | 94,773.00 | | 27,236.01 | | 4197.63 |



――― REMOVE DOCUMENT ALONG THIS PERFORATION ―――

CSI Accounting & Payroll Inc
4915 West 35th Street #203
Minneapolis, MN 55416

4007

Check date: 10/05/18

Pay to the order of: Richard B Monroe

**Zero and 00/100************************************************

$ ***************0.00

Richard B Monroe
368 Wilderness Dr
Chaska, MN 55318