**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In re:

Richard Burton Paul Monroe

Case No: 18–43940 – KHS

Debtor(s)

Chapter 13 Case

**ORDER GRANTING COMPENSATION**

It appears that the attorney for the debtor(s) filed an application for compensation for services and that the application conforms to Local Rule 2016–1(d).

IT IS THEREFORE ORDERED, the attorney for the debtor(s), Jesse A. Horoshak , is awarded $750.00 for compensation or reimbursement.

Dated: 9/1/20

Kathleen H Sanberg
United States Bankruptcy Judge

NOTICE OF ENTRY AND FILING ORDER OR JUDGMENT
Filed and docket entry made on September 1, 2020
Lori Vosejpka Clerk, United States Bankruptcy Court
By: cathy Deputy Clerk

**mnbogrfee13** 13ofee 6/15