**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In re:

Richard Burton Paul Monroe

Case No: 18–43940 – KHS

Debtor(s)

Chapter 13 Case

**ORDER AND NOTICE OF DISMISSAL**

The chapter 13 trustee has requested that the court dismiss Richard Burton Paul Monroe. After notice and hearing the court has determined that the case as to Richard Burton Paul Monroe should be dismissed.

IT IS THEREFORE ORDERED:

The case as to Richard Burton Paul Monroe is dismissed under 11 U.S.C. §§ 349 and 1307.

Dated: 8/23/21

<u>Kathleen H Sanberg</u>
United States Bankruptcy Judge

| NOTICE OF ENTRY AND FILING ORDER OR JUDGMENT |
| --- |
| Filed and docket entry made on August 23, 2021 |
| Tricia Pepin  Clerk, United States Bankruptcy Court |
| By: Cathy Deputy Clerk |

**odsm/mnbodsm.jsp 8/15**