**GREGORY A. BURRELL**
**STANDING CHAPTER 13 TRUSTEE**
**District of Minnesota**
100 South Fifth Street, Suite 480
Minneapolis, MN  55402
Phone (612) 338-7591 Fax (612) 354-3380
Extension #215

October 12, 2021

To: U.S. Bankruptcy Court

From: Gregory A. Burrell, Trustee

Re: 18-43940 KHS

We have received notification of a change of address for

\_\_X\_\_Debtor          \_\_\_\_Joint Debtor          \_\_\_\_\_Both Debtors

in the above-referenced case.

Updated address(es) for this case:

RICHARD B P MONROE
10255 GREENBRIER ROAD
APT 320
MINNETONKA, MN   55305-

SF